**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

ALLEN D. CONFER,

                   Plaintiff, | CIVIL ACTION NO. 3:17-CV-00597

   v. | (JUDGE  CONABOY)

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

               Defendant,

---

**Order**

AND NOW this 7th day of March, 2018, for the reasons cited in the foregoing memorandum, it is hereby ordered and decreed as follows:

1. Plaintiff's appeal from the Final Decision of the Social Security Administration dated February 8, 2017 is denied;

2. Judgment is entered in the favor of the Commissioner of the Social Security Administration; and

3. The Clerk of Court is directed to close this case.

BY THE COURT

 S/Richard P. Conaboy
RICHARD P. CONABOY
United States District Judge

1